Entered on Docket
May 05, 2010
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
MAY - 4 2010
BANKRUPTCY COURT
OAKLAND, CALIFORNIA

MARISOL A. NAGATA
State Bar No. 221387
BARRETT DAFFIN FRAPPIER
TREDER & WEISS, LLP
20955 Pathfinder Road, Suite 300
Diamond Bar, California 91765
(626) 915-5714 – Phone
(972) 661-7726 - Fax
File No. 1635945
ndcaecf@BDFGroup.com

Attorney for Movant
WELLS FARGO BANK, N.A., ALSO KNOWN AS WACHOVIA MORTGAGE,
A DIVISION OF WELLS FARGO BANK, N.A., AND FORMERLY KNOWN AS
WACHOVIA MORTGAGE, FSB, FORMERLY KNOWN AS WORLD SAVINGS
BANK, FSB, ITS SUCCESSORS AND/OR ASSIGNS

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br>EDWIN ROSALES BERDIAGO,<br>MARIETTA MERCADO BERDIAGO,<br><br>Debtors. | CASE NO.: 10-42323 RN-7<br>CHAPTER: 7<br>R.S. NO.: EAT-801<br><br>ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY<br><br>DATE: May 4, 2010<br>TIME: 10:30 a.m.<br>PLACE: U.S. Bankruptcy Court<br>Courtroom 220, Second Floor<br>1300 Clay Street<br>Oakland, California |

The motion of Secured Creditor, WELLS FARGO BANK, N.A., ALSO KNOWN AS WACHOVIA MORTGAGE, A DIVISION OF WELLS FARGO BANK, N.A., AND FORMERLY KNOWN AS WACHOVIA MORTGAGE, FSB, FORMERLY KNOWN AS WORLD SAVINGS BANK, FSB ("Movant"), ITS SUCCESSORS AND/OR ASSIGNS, for relief from the automatic stay came on regularly for hearing by the Court on the date, time and place set forth above, the HONORABLE RANDALL J. NEWSOME, United States Bankruptcy Judge presiding. All appearances, were as noted

on the record. For the reasons set forth on the record and in the minutes of the proceedings, it is

ORDERED, ADJUDGED AND DECREED that the automatic stay imposed by *11 U.S.C. § 362(a)* shall be and is hereby terminated in its entirety as to Movant, its successors and assigns, thereby permitting enforcement of its contractual default remedies against the security described in that certain Deed of Trust recorded on August 8, 2007 as Instrument No. 2007-08080004108 in the Office of the County Recorder of Clark County, State of Nevada, including that certain real property commonly known as **640 Claxton Avenue, North Las Vegas, Nevada 89084** and legally described as follows:

> THE LAND REFERRED TO IN THIS COMMITMENT IS SITUATED IN THE COUNTY OF CLARK, STATE OF NEVADA, AND IS DESCRIBED AS FOLLOWS:
>
> LOT 18 IN BLOCK 1 OF CENTENNIAL AND REVERE UNIT 1, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 106 OF PLATS, PAGE 24, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

ORDERED, ADJUDGED AND DECREED that the terms of this Order shall be deemed effective and enforceable immediately upon its entry with no stay on its enforcement as prescribed by *Rule 4001(a)(3)* of the *Federal Rules of Bankruptcy Procedure*.

DATED: 5/4/10

HONORABLE RANDALL J. NEWSOME
United States Bankruptcy Judge

2

# COURT SERVICE LIST

**BY ELECTRONIC FILING (NEF):**

**UNITED STATES TRUSTEE**
OFFICE OF THE US TRUSTEE: ustpregion17.oa.ecf@usdoj.gov

**ATTORNEY FOR DEBTOR:**
Charles Wildman: nmclaug226@sbcglobal.com

**CHAPTER 7 TRUSTEE:**
JOHN KENDALL: jkendall.trustee@sbcglobal.net, ca70@ecfcbis.com, Kathy_bernart@canb.uscourts.gov

**CREDITOR:**
Marisol A. Nagata on behalf of Creditor Wells Fargo Bank, N.A.: ndcaecf@BDFGroup.com

Darlene C. Vigil on behalf of Creditor Wells Fargo Bank, N.A.: ndcaecf@BDFGroup.com

**BY US FIRST CLASS MAIL:**

**DEBTORS**
EDWIN ROSALES BERDIAGO
MARIETTA MERCADO BERDIAGO
5464 SAN MARTIN WAY
ANTIOCH CA 94531

**DEBTORS**
EDWIN ROSALES BERDIAGO
MARIETTA MERCADO BERDIAGO
640 CLAXTON AVENUE
NORTH LAS VEGAS NV 89084-1249